UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 **DECISION AND ORDER**

 v.                   19-CR-251-A

JILLIAN A. MARKS,

      Defendant.

   This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On May 27, 2021, defendant Jillian A. Marks appeared before Magistrate Judge McCarthy and entered a plea of guilty to Count 1 of the Indictment which charges her with obtaining a controlled substance by fraud in violation of 21 U.S.C. § 843(a)(3), and to Count 3 of the Indictment that charges her with fraudulent use of a government seal in violation of 18 U.S.C. §1017.

   Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 55) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

   **ORDERED** that, upon review of the transcript of the May 27, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Marks's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Marks's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and

Recommendation. Dkt. No. 55. Sentencing is scheduled for October 25, 2021 at 12:30 pm. The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: June 29, 2021